UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Amritpal Amritpal,

                                    Petitioner,

v.

Warden of Imperial Regional Detention Facility; Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pamela Bondi, Attorney General of the United States; U.S Immigration Customs Enforcement; U.S. Department of Homeland Security; in their official capacities,

                                    Respondents.

Case No.: 3:26-cv-947-JES-SBC

**ORDER FOR BOND HEARING**

**[ECF No. 1]**

     Before the Court is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, filed by Petitioner Amritpal Amritpal ("Petitioner"). ECF No. 1.

1

Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). Accordingly, the Court **GRANTS** the Petition as follows:

(1)    The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2)    Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing; and

(3)    The Clerk of Court is DIRECTED to CLOSE the suit after receipt of Respondents' Notice.

**IT IS SO ORDERED.**

Dated: February 27, 2026

Honorable James E. Simmons Jr.
United States District Judge